**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JONATHAN LEE JENKINS, )<br>)<br>Defendant. ) | No. 1:08-CR-77 CAS |

### **ORDER**

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Lewis M. Blanton. On December 11, 2008, Judge Blanton filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Evidence be denied.

Defendant filed objections to the Magistrate Judge's Report and Recommendation on December 22, 2008. Defendant objected to the Magistrate Judge's recommendation "for the reasons set out within his previously filed Motion to Suppress Evidence and Statements [sic]." Objections at 1.

The Court has carefully and independently reviewed the full record, and has read the transcripts of the evidentiary hearings held in this matter on July 9, 2008 and September 11, 2008, and the transcript of the state court preliminary hearing, as well as listened to the cassette tape of the

state court preliminary hearing.[1] The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after a de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Jenkins are overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 52]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence is **DENIED**. [Doc. 23]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  20th  day of January, 2009.

---

[1] The Court notes that the transcript of the state court preliminary hearing is unofficial and was provided by the defendant, but in proceedings before the Magistrate Judge the parties agreed that the transcript is generally accurate. Portions of the cassette tape of the hearing are inaudible.